1  Barry M. Kaplan, WSBA #8661
   Gregory L. Watts, WSBA #43995
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  701 Fifth Avenue, Suite 5100
   Seattle, WA  98104-7036
4  Telephone:  (206) 883-2500
   Facsimile:   (206) 883-2699
5  Email:  bkaplan@wsgr.com
   Email:  gwatts@wsgr.com
6

7  Attorneys for Defendants
   Giga Watt, Inc. and
8  GigaWatt, Pte., Ltd.

9

10                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
11

12 | STORMSMEDIA, LLC,           | CASE NO.: 2:17-cv-00438-SMJ |
13 |         Plaintiff,          | CLASS ACTION               |
14 |     v.                      | NOTICE OF APPEARANCE OF BARRY M. KAPLAN ON BEHALF OF GIGA WATT, INC. and GIGAWATT, PTE., LTD. |
15 | GIGA WATT, INC., et al.,    | |
16 |         Defendants.         | |

NOTICE OF APPEARANCE OF
BARRY M. KAPLAN

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-2699

TO: The Clerk of the Court

AND TO: All Parties of Record

PLEASE TAKE NOTICE that Barry M. Kaplan of Wilson Sonsini Goodrich & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd. Mr. Kaplan hereby requests that all future papers and pleadings herein, except original process, be served upon him, at the address set forth below. Such appearance shall be without prejudice to the Defendants' ability to contest jurisdiction or service of process or assert any other rights or defenses.

Dated: January 11, 2018

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*

NOTICE OF APPEARANCE OF
BARRY M. KAPLAN
- 1 -

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-26999

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*