Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc. and
GigaWatt, Pte., Ltd.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| STORMSMEDIA, LLC, | CASE NO.: 2:17-cv-00438-SMJ |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | NOTICE OF APPEARANCE OF GREGORY L. WATTS ON BEHALF OF GIGA WATT, INC. and GIGAWATT, PTE., LTD. |
| GIGA WATT, INC., et al., | |
| Defendants. | |

NOTICE OF APPEARANCE OF
GREGORY L. WATTS

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ✧ Fax: (206) 883-2699

1  TO:      The Clerk of the Court

2  AND TO:  All Parties of Record

3  PLEASE TAKE NOTICE that Gregory L. Watts of Wilson Sonsini Goodrich & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.  Mr. Watts hereby requests that all future papers and pleadings herein, except original process, be served upon him, at the address set forth below.  Such appearance shall be without prejudice to the Defendants' ability to contest jurisdiction or service of process or assert any other rights or defenses.

Dated:  January 11, 2018

s/ Gregory L. Watts
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*

NOTICE OF APPEARANCE OF
GREGORY L. WATTS
- 1 -

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 ⋄ Fax: (206) 883-26999

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

s/    Gregory L. Watts
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:   (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*

CERTIFICATE OF SERVICE

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-26999