Beth E. Terrell, WSBA #26759
Blythe H. Chandler, WSBA #43387
Attorneys for Plaintiff and the Class
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: bchandler@terrellmarshall.com

David C. Silver, *pro hac vice forthcoming*
Jason S. Miller, *pro hac vice forthcoming*
Attorneys for Plaintiff and the Class
SILVER MILLER
11780 West Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
Email: DSilver@SilverMillerLaw.com
Email: JMiller@SilverMillerLaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STORMSMEDIA, LLC;<br><br>           Plaintiff,<br><br>  vs.<br><br>GIGA WATT, INC, a Washington corporation; and GIGA WATT, PTE, LTD., a foreign corporation;<br><br>           Defendants. | No. 2:17-cv-00438-SMJ<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL- 1
Case No. 2:17-cv-00438-SMJ

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and it appearing to the court that the above-entitled cause has been settled and compromised, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that Plaintiff's individual claims against Defendants are dismissed with prejudice, and the claims of absent class members dismissed without prejudice, without costs or attorney fees to either party.

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL- 2
Case No. 2:17-cv-00438-SMJ

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Barry M. Kaplan, WSBA #8661
> Gregory L. Watts, WSBA #43995
> Attorneys for Defendants Giga Watt, Inc.
> and Giga Watt, Pte., Ltd.
> Professional Corporation
> 701 Fifth Avenue, Suite 5100
> Seattle, WA 98104-7036
> Telephone: (206) 883-2500
> Facsimile: (206) 883-2699
> Email: bkaplan@wsgr.com
> Email: gwatts@wsgr.com

DATED this 19th day of January, 2018.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By:    /s/ Beth E. Terrell, WSBA #26759
>        Beth E. Terrell, WSBA #26759
>        Attorneys for Plaintiff and the Class
>        936 North 34th Street, Suite 300
>        Seattle, Washington 98103
>        Telephone: (206) 816-6603
>        Facsimile: (206) 319-5450
>        Email:  bterrell@terrellmarshall.com

[PROPOSED] ORDER OF DISMISSAL- 3
Case No. 2:17-cv-00438-SMJ