Beth E. Terrell, WSBA #26759
Blythe H. Chandler, WSBA #43387
Attorneys for Plaintiff and the Class
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: bchandler@terrellmarshall.com

David C. Silver, *pro hac vice forthcoming*
Jason S. Miller, *pro hac vice forthcoming*
Attorneys for Plaintiff and the Class
SILVER MILLER
11780 West Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
Email: DSilver@SilverMillerLaw.com
Email: JMiller@SilverMillerLaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STORMSMEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GIGA WATT, INC., et al., <br><br> Defendants. | CASE NO.: 2:17-cv-00438-SMJ <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF BETH E. TERRELL IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S VOLUNTARY DISMISSAL** |

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING PLAINTIFF'S
VOLUNTARY DISMISSAL

I, Beth E. Terrell, certify as follows:

1.  I am a member of the law Terrell Marshall Law Group PLLC and counsel for Plaintiff in this matter.

2.  I submit this declaration in support of the parties' Joint Stipulation And [Proposed] Order Regarding Plaintiff's Voluntary Dismissal.

3.  Plaintiff has not issued notice of this action under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(A).

4.  Based on my review of the applicable facts and law with respect to the running of the statute of limitations as to claims of the proposed class, proposed class members would not be prejudiced because they have (1) ample time to file another action, and (2) this present action was settled in a matter of weeks.

5.  In settling this matter, there has been no collusion between the parties, nor has there been any concessions made by Plaintiff or Plaintiff's counsel, with respect to the proposed class' claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington on this 19th day of January, 2018.

By: /s/ Beth E. Terrell, WSBA #26759
     Beth E. Terrell, WSBA #26759

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING PLAINTIFF'S
VOLUNTARY DISMISSAL - 1

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Barry M. Kaplan, WSBA #8661
> Gregory L. Watts, WSBA #43995
> Attorneys for Defendants Giga Watt, Inc.
> and Giga Watt, Pte., Ltd.
> Professional Corporation
> 701 Fifth Avenue, Suite 5100
> Seattle, WA 98104-7036
> Telephone: (206) 883-2500
> Facsimile: (206) 883-2699
> Email: bkaplan@wsgr.com
> Email: gwatts@wsgr.com

DATED this 19th day of January, 2018.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By:   /s/ Beth E. Terrell, WSBA #26759
>         Beth E. Terrell, WSBA #26759
>         Attorneys for Plaintiff and the Class
>         936 North 34th Street, Suite 300
>         Seattle, Washington 98103
>         Telephone: (206) 816-6603
>         Facsimile: (206) 319-5450
>         Email:  bterrell@terrellmarshall.com

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING PLAINTIFF'S
VOLUNTARY DISMISSAL - 2