FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STORMSMEDIA, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC, et al.,<br><br>             Defendant. | No. 2:17-cv-00438-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 19, 2018, the parties filed a stipulated dismissal, ECF No. 5. Because the class has not been certified, the parties may settle the case without the Court's approval. *See* Fed. R. Civ. P. 23(e) ("The claims, issues, or defenses of a *certified* class may be settled, voluntarily dismissed, or compromised only with the court's approval." (emphasis added)). Accordingly, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 5**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees. However, the Court notes

ORDER - 1

that this Order applies only to Plaintiff and is not binding on proposed class members.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of January 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge